UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD J. RICHARD<br>Plaintiff<br><br>v.<br><br>INDUSTRIAL COMMERCIAL<br>ELECTRICAL CORPORATION<br>Defendant | CIVIL ACTION NO.<br><br>U.S. DISTRICT COURT<br>DISTRICT OF MASS.<br><br>VERIFIED COMPLAINT<br>WITH REQUEST FOR<br>INJUNCTIVE RELIEF<br><br>04-40066-NMG |

1. The Plaintiff, Donald J. Richard is a resident of Winchendon, Massachusetts.

2. The Defendant, Industrial Commercial Electrical Corporation (hereinafter "ICE") is a Massachusetts Corporation with its principle place of business in Hopedale, Massachusetts.

3. The Plaintiff brings this action under, and the jurisdiction of this Court is based upon Employee Retirement Security Act of 1974 §601 et seq. as amended 29 U.S.C. §1161 et seq. 1162(2)(A(i); 1163 (2).

4. The Court has authority under Federal Rules of Civil Procedure Rule 65.

5. The Plaintiff was an employee of ICE and/or its predecessor from on or about 1992. During his employment the Plaintiff was classified as a Data Technician.

6. On or about April 16, 2004, the Plaintiff was told in substance by Karl Walsh, a Director of ICE that "he must tell him where David LeBlanc (David Le Blanc was the Chief Operating Officer of ICE) lives---and if I like my job, and you know what is good for you, you will bring me down to Dave's house----."



RECEIPT # 40431
AMOUNT $ 150.00
SUMMONS ISSUED ✓
LOCAL RULE 4.1 ✓
WAIVER FORM ✓
MCF ISSUED ✓
BY DPTY. CLK. S Jones
DATE 5-3-04

1

7. The Plaintiff responded "I am not taking you down there, it is not my responsibility to tell you where David lives." Walsh then told the plaintiff "if you like your job and you know what is good for you, you will bring me to Dave's house." Shortly thereafter, the Plaintiff was called on his "cell" phone and was told by Walsh "If I don't hear from you in ten (10) minutes consider yourself terminated." The Plaintiff did not call back and was terminated.

8. As a full time employee the Plaintiff was covered by a family health insurance plan provided and offered by the Defendant to its employees.

9. On April 21, 2004, the Plaintiff went to the Company office to pick up his pay check. At that time he met with William Burns who identified himself as the Company's attorney. Burns told the Plaintiff that he was terminated for "stealing." The Plaintiff responded that he did nothing wrong, and asked for the necessary papers to provide him with COBRA coverage. Burns told him that the Company was not going to offer him COBRA coverage.

10.. The Plaintiff's dependent wife is handicapped suffering from "multiple sclerosis" (MS) and was at all times covered under the family health insurance plan offered by the Defendant. In addition to MS, the Plaintiff's wife has chronic obstructive pulmonary disease, Hashimoto disease, depression and PTSD. She requires substantial medication and medical care. Burns and the Defendant were at all times aware of the Plaintiff's wife's medical condition.

11. The Plaintiff's work performance was never criticized nor has the Plaintiff ever engaged in any misconduct.

12. Defendant's termination of the Plaintiff was arbitrary and capricious and the Plaintiff is entitled to the COBRA benefits.

13. As a matter of fact and law the Plaintiff's termination was not based upon any "gross misconduct."

14. The termination and/or threat to terminate the Plaintiff's medical benefits constitutes irreparable harm to the Plaintiff.

15. The Plaintiff has no adequate remedy at law.

16. There is a substantial likelihood of Plaintiff's success on the merits.

WHEREFORE, Plaintiff requests the following relief:

1. This Court grant a Temporary Restraining Order allowing the Plaintiff, Donald J. Richard to make an election under Consolidated Omnibus Budget Reconciliation Act (COBRA) 29 U.S.C. § 1161 et seq., and to have continuing coverage under the Defendant's Health Insurance Plan until either the case is determined on its merits or until 18 months after the Plaintiff's termination date.

2. That the Court grant a Preliminary Injunction allowing the Plaintiff, Donald J. Richard to make an election under Consolidated Omnibus Budget Reconciliation Act (COBRA), 29 U.S.C. § 1161 et seq., and to have continuing coverage under the Defendant's Health Insurance Plan until either the case is determined on its merits or until 18 months after the Plaintiff's termination date.

3. The Preliminary Injunction should be made permanent.

4. The Court should relieve the Plaintiff of the requirement of posting security.

5. The Court award the Plaintiff his costs and attorney fees associated with this proceeding.

6. The Court grant such other and further relief as it deems proper.

DONALD J. RICHARD,

By his attorney

_____
Robert Weihrauch
446 Main Street 20th floor
Worcester, MA 01608
508-752-7549
BBO# 519240

## Verification

Now comes the Plaintiff herein, and states that he has read the foregoing Complaint and that the allegations contained therein are known to him to be true, except for such allegations as are based on information and belief, which allegations he believes to be true.

Subscribed and sworn to under the penalties of perjury this __30__ day of ~~May~~, 2004.
APRIL.

_Donald J. Richard_ (signature)
Donald J. Richard

## CERTIFICATE OF SERVICE

I, Robert Weihrauch hereby certify that I served a copy of the Complaint and covering letter on the Defendant by Facsimile Transmission on April 30, 2004.

_____
Robert Weihrauch

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as require by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the us of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Gerald J Richard

**DEFENDANTS**
Industrial Commercial Electrical Corporation

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Worcester
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Worcester
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Robert Weihrauch
444 Main St 3rd Floor
Worcester MA 01608  Tel 508-752-7549

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only) (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / HABEAS CORPUS: | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | ☒ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 550 Civil Rights / ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

29 USC 1161(a), 1163(2).  Refusal of COBRA coverage

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ injunctive relief
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE: May 3, 2004
SIGNATURE OF ATTORNEY OF RECORD: /s/ Robert Weihrauch

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04-40066

1. Title of case (name of first party on each side only) _Michael v Industrial Electrical Corporation_

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    — I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ✓ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.
    
    *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

    — III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

    — IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

    — V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

    _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

    YES ☐    NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

    YES ☐    NO ☒

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

    YES ☐    NO ☒

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

    YES ☐    NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

    YES ☒    NO ☐

    A. If yes, in which division do all of the non-governmental parties reside?

        Eastern Division ☐    Central Division ☒    Western Division ☐

    B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

        Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

    YES ☐    NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _Robert Weihrauch_
ADDRESS _446 Main St 20th Fl., Worcester, MA 01608_
TELEPHONE NO. _508-752-7549_

Coversheetlocal.wpd - 10/17/02