UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-0046

2004 MAY -5 P 5:01

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DONALD J. RICHARD<br>Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| INDUSTRIAL COMMERCIAL<br>ELECTRICAL CORPORATION, INC.<br>Defendant | )<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Industrial Commercial Electrical Corporation, Inc., with regard to the above named case.

                              Defendant,
                              By its Attorney

                              _____
                              William J. Burns
                              1001 North Main Street
                              Randolph, MA 02368
                              (781) 961-6787
                              BBO# 637538

## CERTIFICATE OF SERVICE

I, William J. Burns, attorney for the Defendants hereby certify that I served a copy of Notice of Appearance by Facsimile on May 5, 2004.

Hand

                              _____
                              William J. Burns