```
                    United States District Court
                      District of Massachusetts
                          Central Division
_____
                                )
DONALD J. RICHARD,              )
        Plaintiff,              )
                                )
        v.                      )    Civil Action No.
                                )    04-40066-NMG
INDUSTRIAL COMMERCIAL ELECTRICAL)
CORPORATION,                    )
        Defendant.              )
_____)
```

**ORDER**

**Gorton, J.**

    The Plaintiff, Donald J. Richard, has filed a memorandum in support of a request for preliminary injunction which Defendant Industrial Commercial Electrical Corporation ("ICE") opposes. After consideration of the risk of irreparable harm to the Plaintiff if the status quo is disturbed, the Court concludes that a) such a risk outweighs any countervailing potential harm to ICE by the maintenance of the status quo and b) this dispute can and should be resolved by expedited discovery and an early trial. Accordingly, it is hereby ordered that:

    1) ICE maintain the status quo with respect to the Plaintiff's coverage under ICE's health insurance plan;

    2) the Plaintiff pay to ICE $708.41 per month in expenses associated with his insurance coverage until further notice of

this Court; and

    3) a bench trial on this matter, not to exceed two days in duration shall commence in Boston, Massachusetts on Monday, August 2, 2004 at 9:00 A.M.

    For good cause, the Plaintiff is not required to post security.  This Order is to remain in full force and effect until further notice of this Court.

**So ordered.**

                                        /s/ Nathaniel M. Gorton
                                        Nathaniel M. Gorton
                                        United States District Judge

Dated: May 24, 2004