UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DONALD J. RICHARD
   Plaintiff

v.

INDUSTRIAL COMMERCIAL
ELECTRICAL CORPORATION
   Defendant

CIVIL ACTION NO.
04-40066-NMG

## PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM

For its First Defense to Defendant Industrial Commercial Electrical Corporation, Donald J. Richard, Plaintiff responds to the correspondingly numbered paragraphs of the Counterclaim as follows:

### COUNT I

27. The allegations contained in this paragraph state a conclusion of law as to which no response is required.

28. Denied

29. Denied

30. Denied

31. Denied

### COUNT II

33. Denied

34. The allegations contained in this paragraph state conclusions as to which no response is required.

35. Denied

36. Denied

37. Denied

38. Denied

## COUNT III

40. The allegations contained in this paragraph state conclusions as to which no response is required.

41. The allegations contained in this paragraph state conclusions of law as to which no response is required.

42. The allegations contained in his paragraph state conclusions of law as to which no response is required.

43. The allegations in this paragraph are denied in their entirety.

44. The Plaintiff denies that he breached any duty of loyalty or damaged the Defendant.

## COUNT IV

46. Denied in its entirety.

47. The Plaintiff admits that for the week ending March 22, 2004 he was properly paid including his car allowance. Plaintiff denies the remaining portions of paragraph 47.

48. The allegations contained in this paragraph are denied in their entirety.

49. The allegations contained in this paragraph are denied in their entirety.

DONALD J. RICHARD

By his attorney

Robert Weihrauch BBO# 519240
446 Main Street 20th floor
Worcester, MA 01608  508-752-7549

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH (OTHER) PARTY BY MAIL ON 5/15/07

SIGNATURE