UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DONALD J. RICHARD<br>    Plaintiff<br><br>v.<br><br>INDUSTRIAL COMMERCIAL<br>ELECTRICAL CORPORATION<br>    Defendant | CIVIL ACTION NO.<br>04-40066-NMG |

**PLAINTIFF'S WITNESS LIST AND EXHIBIT LIST**
**WITNESS LIST**

Donald J. Richard     70 Gardner Road, Winchendon, MA

Dwayne LeBlanc       PO Box 385, Leicester, MA  01524

David LeBlanc         PO Box 2474, Worcester, MA  01613

**EXHIBIT LIST**

1. Letter of Termination dated May 5, 2004.

2. Mileage Log of Donald Richard for the week ending March 20, 2003.

3. Weekly Time Sheet of Donald Richard for the week ending March 20, 2003.

4. Purchase invoice for Ford 1997 F150.

5. Co-pay cost for physicians and medications for Mrs. Richard.

6. Prescription cost for medications taken by Mrs. Richard.

Respectfully submitted,
Donald J. Richard,

By his attorney

*Robert Weihrauch* (signature)
Robert Weihrauch BBO# 519240
446 Main Street 20th floor
Worcester, MA 01608  508-752-7549

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH (OTHER) PARTY BY MAIL ON 7/15/04
SIGNATURE

(2)

# Industrial Commercial Electrical Corp., Inc.
## MILEAGE LOG

Employee: DONALD RICHARD  Employee Number: 144

WEEK ENDING 3-20-03

| DATE: | 3-15 | 3-16 | 3-17 | 3-18 | 3-19 | 3-20 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Location:Start | Shop | Shop | Shop | Shop | | | | | |
| Location:End | Home | Home | Home | Home | | | | | |
| Odometer:Start | 101360 | 101460 | 101600 | 101740 | 101880 | | | | |
| Odometer:End | 101460 | 101600 | 101740 | 101880 | | | | | |
| Total Miles | 100 | 140 | 140 | 140 | | | | | |
| JOB # | | | | | | | | | |
| Supervisor | | | | | | | | | |
| TOTALS | -60 | -60 | -60 | -60 | | | | | |
| | 40 | 80 | 80 | 80 | | | | | |

Super. Initials:
Approval Initials:

Employee Initials: [signature]

(3)

# Industrial Commercial Electrical Corp., Inc.

## Weekly Time Sheet

Employee: Donald D. Richmond

Week Ending 3/20/04

| DATE | JOB NO. | CUSTOMER/LOCATION | Time Arrived on Job | Time Departed Job | Hours on the Job | Hours traveled to Job | Hours traveled from Job | Total travel time | Days or Nights Worked? | Number of Nights Stayed |
|---|---|---|---|---|---|---|---|---|---|---|
| 3-15 | 4947 | Shop | 8AM | 5PM | 9 | | | | | |
| 3-16 | | Shop | 7AM | 4:30 | 9.5 | | | | | |
| 3-17 | | Shop | 6:30 | 5:00 | 9.5 | | | | | |
| 3-18 | | Shop | 8:00 | 4:00 | 8 | | | | | |
| 3-18 | | Shop | | | | | | | | |
| 3-19 | | Shop | 7:00 | 12:00 | 5 | | | | | |

4947 40
4947 OT 1

VC Cooper

Total Hrs. Worked: 41

Total Hrs. Traveled:

4/6/04
5/11/04



# MATHIEU FORD SALES, INC.
## 297 CENTRAL ST.
**WINCHENDON, MA. 01475**
978 297-0001

VEHICLE INVOICE
13622

| | |
|---|---|
| SOLD TO: | DONALD J. RICHARD |
| ADDRESS | PO BOX 133 |
| | WINCHENDON, MA 01475- |

DATE  04/22/2003

STOCK #:  3542U

| MAKE | YEAR | MODEL | BODY STYLE | NEW OR USED | KEY NO. |
|---|---|---|---|---|---|
| FORD | 1997 | F-150 | PICKU | USED | |

| SERIAL NO. (VIN NO.) | ENGINE NO. | TRANSMISSION NO. |
|---|---|---|
| 2FTDX1725VCA64562 | | |

SALESMAN: SCOTT PEABODY

| | |
|---|---|
| PRICE OF VEHICLE | 9900.00 |
| | N/A |
| GAP | 315.00 |
| WARRANTY | 1478.00 |
| SALES TAX | |
| DELIVERED PRICE | 11693.00 |

**INSURANCE COVERAGE INCLUDES**
- ☐ PUBLIC LIABILITY - AMT.
- ☐ FIRE AND THEFT
- ☐ PROPERTY DAMAGE - AMT.
- ☐ COLLISION - AMT. DEDUCT.
- ☐ NO INSURANCE REQUESTED

### OPTIONAL EQUIPMENT AND ACCESSORIES

| GROUP | DESCRIPTION | PRICE |
|---|---|---|

**NEW VEHICLE - FACTORY INSTALLED:**

ENCORE 2000

**NEW VEHICLE - DEALER INSTALLED:**
TRADE ALLOWANCE                    N/A
TRADE A.C.V.                       N/A
-----------------------------------------
                  OVERALLOWANCE    N/A

AHIS GAP INS.
36/36,000 MILE WARRANTY WITH A CUSTOMER
PAY $100.00DED

**USED VEHICLE - TRADE-IN:**
**OPTIONAL EQUIPMENT**

| EXTRAS: | |
|---|---|
| OPTIONAL EQUIP. & ACC.: | |
| FACTORY INSTALLED | |
| DEALER INSTALLED | |
| LIC & TITLE | 86.00 |
| DOCUMENTATION SERV | 75.00 |
| SALES TAX | 495.00 |
| TOTAL CASH PRICE | 12349.00 |
| COST OF FINANCING | 2721.60 |
| COST OF INSURANCE | N/A |
| TOTAL TIME PRICE | 15070.60 |
| **SETTLEMENT:** | |
| DEPOSIT | N/A |
| CASH ON DELIVERY | N/A |
| TRADE-IN $ | N/A |
| PAY-OFF $ | N/A |
| TO | .00 |

| YEAR | MAKE |
|---|---|
| MODEL | BODY |
| VIN. NO. | |

PAYMENTS
60 AT $ 251.51
___ AT $ ___

15090.60

NAME OF FINANCE COMPANY:  I.C. FEDERAL CREDIT UNION

TOTAL   15070.60

Reynolds and Reynolds  OK35243 Q (09

*[Purchaser's signature: Donald Richard - left margin]*

Co-pay - Physicians *15

Dr. M.C. Kinn P.C.                              q 2-3 mos
Dr. Randall Long - Neurologist                  q 3 mos
Dr. Robert TerLato - Cardiologist               q 6 mos
Dr. Colazani - Endocrinologist                  q 6 mos
Dr. Paul Epstein - Psychiatrist                 q month
Dr. Bernard Gray - Psychologist                 q 2-3 weeks

Diagnosis:
   Multiple Sclerosis
   COPD (chronic obstructive pulmonary disease)
   Hashimoto disease - thyroiditis
   Depression and PTSD

Medications: Co-pay $10-20-35
   Effexor                  20
   Lexapro                  20
   Risperdal                20
   Provigil                 20
   Trazadone                10
   Levoxyl                  10
   Copaxone Inj.            20
   Advair Inhaler           35
   Combivent Inhaler        35
                          $199/mo

Pulmonary function test scheduled 5-14-04



Prescriptions  A Note From  for Claire
Donald Richard

| Medication | Price |
|---|---|
| Provigil | 613.69 |
| Trazadone | 24.69 |
| Levoxyl | 13.99 |
| Lexapro | 150.00 |
| Effexor xr | 114.69 |
| Risperdal (117.69) | 235.38 |
| Copaxone INJ- | 1100.00 |
| Advair Inh. | 46.99 |
| Total | 2299.43/mo |