# United States District Court

DISTRICT OF _____

Donald Richard v. Industrial Commercial

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 04-40066-NMG

| PRESIDING JUDGE Nathaniel Gorton | PLAINTIFF'S ATTORNEY Weihrauch | DEFENDANT'S ATTORNEY Burns |
|---|---|---|
| TRIAL DATE(S) 8-2-04 | COURT REPORTER Dahlstrom | COURTROOM DEPUTY Nicewicz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 8-2-04 | | | Donald Richard |
| 1 | | | ✓ | ✓ | Mileage Log wk ending 3/20/04 |
| 2 | | | ✓ | ✓ | Time Sheet " 3/20/04 |
| 3 | | | ✓ | ✓ | Termination Letter 5/5/04 |
| ✓ | | | | | Dwayne Leblanc |
| ✓ | | | | | David Leblanc |
| ✓ | 4 | | ✓ | ✓ | Bill of Sale ICE → ICE Corp. |
| | 5 | | ✓ | ✓ | A. purchase agreement 3/31/03 |
| ✓ | | | | | Michael Scanlon |
| ✓ | | | | | Carl Walsh |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of \_\_\_\_ Pages