UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Donald J. Richard,
          Plaintiff(s)

v.                                CIVIL ACTION NO. 04-40066-NMG

Industrial Commercial Electrical Corp.,
          Defendant(s)

**JUDGMENT IN A CIVIL CASE**

GORTON , D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**
Judgment for Plaintiff Richard. Richard will be permitted to make his COBRA election. Attorney's Fees in the amount of $15,250 and costs of &172.00 for a total of $15,422.

TONY ANASTAS, CLERK

Dated: 8/20/04                        /s/ Craig J. Nicewicz
                                                    ( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is  1.99 %.

(judgciv.frm - 10/96)                                                        [jgm.]