UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DONALD J. RICHARD )
    Plaintiff )
 )  CIVIL ACTION NO.
 )  04-40066 NMG
v. )
 )
INDUSTRIAL COMMERCIAL )
ELECTRICAL CORPORATION )
    Defendant )

## MOTION FOR EX PARTE APPROVAL OF ATTACHMENTS

The Plaintiff, Donald J. Richard, moves this court to approve an attachment of goods, effects, and credits of the Defendant in the amount of $15,422 plus interest and costs held by Prism Builders, 107 Audubon Road, Bldg. #1 Suite 19 Wakefield, MA 01880. A copy of the Complaint attached hereto.

Robert Weihrauch
446 Main Street
Worcester, MA 01608
508-752-7549
BBO# 519240