UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DONALD J. RICHARD )
   Plaintiff )
)
v. ) CIVIL ACTION NO. 04-40066 NMG
)
INDUSTRIAL COMMERCIAL )
ELECTRICAL CORPORATION )
   Defendant )

## MOTION FOR EX PARTE APPROVAL OF ATTACHMENTS

The Plaintiff moves this court to approve an attachment of goods, effects or credits of the Defendant in the amount of $15,422 entrusted to and deposited in the hands of the Citizens Bank, Medway Road, Milford, Massachusetts.

*Robert Weihrauch*
Robert Weihrauch
446 Main Street 20th floor
Worcester, MA 01608
508-752-7549
BBO# 519240