UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Donald J. Richard                    ,
Plaintiff(s)

V.                                    CIVIL ACTION NO. 04-CV-40066

Industrial Commercial Electrical
                                      ,
Corporation        Defendant(s)

**WRIT OF ATTACHMENT**

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on 5/03/04, in which the Plaintiff(s) is/are Donald J. Richard

_____, of Winchendon, MA

_____whose attorney is Robert Weihrauch of Worcester, MA

_____, and the defendant(s) is/are Industrial Commercial Electrical Corporation, of 14A Airport Drive, Hopedale, MA

_____, we command you to attach the real estate and/or personal property of the Defendant(s) Indistrial Commercial Electrical Corporation

_____in accordance with the following directions and/or limitations (if any):_____
goods, effects and credits of the Defendant entrusted to and deposited in the hands of the Citizens Bank, Medway Road, Milford, MA   to the value of $ 15,422 plus interest    , and make due return of this writ with your doings thereon into said Court.

This attachment was approved on  3/28/06  by Judge Nathaniel Gorton  in the amount of $15,442 plus interest and costs

Dated at 2006 this 5th day of April.

SEAL                              SARAH A. THORNTON
                                  CLERK OF COURT

                                  By: Elizabeth E. Sonnenberg
                                      Deputy Clerk
                                                        [writatt.]

(Attachment.wpd - 2/2005)