# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Donald J. RIchard           ,
                  Plaintiff(s)

V.                                            CIVIL ACTION NO. 04-cv-40066

Industrial Commercial      ,
Electrical         Defendant(s)
Corporation

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on 5/03/04, in which the Plaintiff(s) is/are Donald J. Richard _____, of Winchendon, MA _____ whose attorney is Robert Weihrauch of Worcester, MA _____, and the defendant(s) is/are Industrial Commercial Electrical Corporation, of 14A Airport Drive, Hopedale, MA, we command you to attach the real estate and/or personal property of the Defendant(s) Industrial Commercial Electrical Corporation in accordance with the following directions and/or limitations (if any): goods, effects and credits of the Defendant held by Prism Builders 107 Audubon Road, Bldg. #1 Suite 19, Wakefield, MA to the value of $15,442 plus interest, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on 3/28/06 by Judge Nathaniel Gorton in the amount of $15,442 plus interest and costs

Dated at 2006 this 5th day of April.

SEAL

SARAH A. THORNTON
CLERK OF COURT

By: _____
     Deputy Clerk

(Attachment.wpd - 2/2005)                                                [writatt.]