# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Donald J. Richard,
Plaintiff(s)

V.

CIVIL ACTION NO. 04-CV-40066

Industrial Commercial Electrical Corporation,
Defendant(s)

### WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on 5/03/04, in which the Plaintiff(s) is/are Donald J. Richard, of Winchendon, MA, whose attorney is Robert Weihrauch of Worcester, MA, and the defendant(s) is/are Industrial Commercial Electrical Corporation, of 14A Airport Drive, Hopedale, MA, we command you to attach the real estate and/or personal property of the Defendant(s) Indistrial Commercial Electrical Corporation in accordance with the following directions and/or limitations (if any): goods, effects and credits of the Defendant entrusted to and deposited in the hands of the Citizens Bank, Medway Road, Milford, MA to the value of $15,422 plus interest, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on 3/28/06 by Judge Nathaniel Gorton in the amount of $15,442 plus interest and costs

Dated at 2006 this 5th day of April.

SEAL

SARAH A. THORNTON
CLERK OF COURT

By: Elizabeth E. Sonnenberg
Deputy Clerk

(Attachment.wpd - 2/2005)                                          [writatt.]

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Donald J. Richard                    ,
                Plaintiff(s)

V.                                              CIVIL ACTION NO. 04-CV-40066

Industrial Commercial Electrical
_____,
Corporation          Defendant(s)

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on 5/03/04, in which the Plaintiff(s) is/are Donald J. Richard, of Winchendon, MA whose attorney is Robert Weihrauch of Worcester, MA, and the defendant(s) is/are Industrial Commercial Electrical Corporation, of 14A Airport Drive, Hopedale, MA, we command you to attach the real estate and/or personal property of the Defendant(s) Indistrial Commercial Electrical Corporation in accordance with the following directions and/or limitations (if any): goods, effects and credits of the Defendant entrusted to and deposited in the hands of the Citizens Bank, Medway Road, Milford, MA to the value of $ 15,422 plus interest, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on 3/28/06 by Judge Nathaniel Gorton in the amount of $15,442 plus interest and costs

Dated at 2006 this 5Th day of April.

SEAL

SARAH A. THORNTON
CLERK OF COURT

By: _Elizabeth C. Sonnenberg_
      Deputy Clerk

(Attachment.wpd - 2/2005)                                          [writatt.]

Worcester, SS.                                                                                          April 7th, 2006

I this day served the within, Writ of Attachment, upon the within named, Citizen's Bank, by giving in hand to Michele Roberts, Banker, a true and attested copy thereof., to wit: East Main Street, in said Milford, Massachusetts.

Time of Service: 3:10 P.M.

Service:  $15.00
Travel:   $35.00

Total:    $50.00

*Barbara Stacy Smith*

Barbara Stacy Smith, Constable