# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Donald J. RIchard _____,
          Plaintiff(s)

V.                                    CIVIL ACTION NO. 04-cv-40066

Industrial Commercial _____,
Electrical        Defendant(s)
Corporation

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on 5/03/04 _____, in which the Plaintiff(s) is/are Donald J. Richard

_____, of Winchendon, MA _____

_____ whose attorney is Robert Weihrauch of Worcester, MA _____

_____, and the defendant(s) is/are Industrial Commercial

Electrical Corporation _____, of 14A Airport Drive, Hopedale, MA ____, we command you to attach the real estate and/or personal property of the Defendant(s)

Industrial Commercial Electrical Corporation _____

_____ in accordance with the following directions and/or limitations (if any): _____

goods, effects and credits of the Defendant held by Prism Builders
107 Audubon Road, Bldg. #1 Suite 19, Wakefield, MA

_____ to the value of $ 15,442 plus interest _____, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on __3/28/06_____ by Judge Nathaniel Gorton _____ in the amount of $ 15,442 plus interest and costs

Dated at 2006 this 5th day of April _____.

SEAL                          SARAH A. THORNTON
                              CLERK OF COURT

                              By: _____
                                  Deputy Clerk

(Attachment.wpd - 2/2005)                        [writatt.]

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Donald J. RIchard ,
  Plaintiff(s)

V.                                    CIVIL ACTION NO. 04-CV-40066

Industrial Commercial ,
Electrical             Defendant(s)
Corporation

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on 5/03/04, in which the Plaintiff(s) is/are Donald J. Richard, of Winchendon, MA whose attorney is Robert Weihrauch of Worcester, MA, and the defendant(s) is/are Industrial Commercial Electrical Corporation, of 14A Airport Drive, Hopedale, MA, we command you to attach the real estate and/or personal property of the Defendant(s) Industrial Commercial Electrical Corporation in accordance with the following directions and/or limitations (if any): goods, effects and credits of the Defendant held by Prism Builders 107 Audubon Road, Bldg. #1 Suite 19, Wakefield, MA to the value of $15,442 plus interest, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on 3/28/06 by Judge Nathaniel Gorton in the amount of $15,442 plus interest and costs

Dated at 2006 this 5th day of April.

SEAL

SARAH A. THORNTON
CLERK OF COURT

By: [signature]
Deputy Clerk

(Attachment.wpd - 2/2005)                                [writatt.]

Worcester, SS.                                          April 7th, 2006

I this day served the within, Writ of Attachment, upon the within named, Prism Builders, by giving in hand to Susan Veno, Office Manager, a true and attested copy thereof., to wit: 107 Audubon Rd., Bldg. 1, Ste. 19, in said Wakefield, Massachusetts.

Time of Service: 2:10 P.M.

Service: $15.00
Travel:  $50.00

Total:   $65.00

Tomasz Kruszewski, Constable