UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD J. RICHARD )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INDUSTRIAL COMMERCIAL )<br>ELECTRICAL CORP. )<br>)<br>Defendants ) | CA. No. 04-40066-NG |

Discharge of Attachment and Satisfaction of Judgment

To: Prism Builders and Citizens Bank

The attachment of the goods, effects and credits of Industrial Commercial Electrical Corporation, Defendant, held by Prism Builders and/or Citizens Bank in the amount of $15,442 plus interest and costs, in the above-captioned action by Donald J. Richard, Plaintiff, made on the 28th day of March, 2006 as set forth in writs of attachment dated April 5, 2006 is hereby discharged. Plaintiff Donald J. Richard further acknowledges that the judgment in said action has been satisfied and paid in full.

Plaintiff Donald J. Richard
By his attorney,

Robert Weihrauch, Esq.
446 Main Street, 20th floor
Worcester, MA 01608
(508) 752-7549

Dated: May 3, 2006