UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD J. RICHARD | ) |
| | ) |
| Plaintiff, | ) |
| | )   CA. No. 04-40066-NG |
| v. | ) |
| | ) |
| INDUSTRIAL COMMERCIAL | ) |
| ELECTRICAL CORP. | ) |
| | ) |
| Defendant | ) |

**NOTICE OF APPEARANCE**

    Please enter my appearance and the appearance of Bartlett Hackett Feinberg P.C. on behalf of the Defendant.

                                                    Defendant
                                                   By its attorneys,

                                                   /s/ Howard M. Brown
                                                 HOWARD M. BROWN
                                                 BBO #547948
                                                 Bartlett Hackett Feinberg P.C.
                                                 155 Federal Street, 9th floor
                                                 Boston, MA 02110
DATED:May 25, 2006                      Tel. (617) 422-0200